```
                                                    FILED
                                                    7/26/22 9:19 am
                                                    CLERK
                                                    U.S. BANKRUPTCY
                                                    COURT - WDPA
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Brian Stanfield Chandler**

Case No. 21-22707-JAD

Chapter 13

Debtor(s).

Related to Doc. Nos. 21 & 62

Doc. # 65

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ☐ a motion to dismiss case or certificate of default requesting dismissal

- ☒ a plan modification sought by: <u>The Trustee to correct a scriveners error in the drafting of the Confirmation Order</u>

- ☐ a motion to lift stay as to creditor _____

- ☐ Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated <u>January 4, 2022</u>
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☐ Debtor(s) Plan payments shall be changed from $ _____ to $ _____ per _____, effective _____; and/or the Plan term shall be changed from ____ months to ____ months.

[04/22]                                    -1-

- ☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ☐ Debtor(s) shall file and serve _____ on or before _____.

- ☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒ Other: <u>Lendmark Financial Services (Claim #3) shall govern at 5% interest with payment to be determined by the Trustee.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 26th day of July, 2022

_____
United States Bankruptcy Judge
Jeffery A. Deller

Stipulated by:

/s/ P. William Bercik
P. William Bercik (PA I.D. #59174)
Counsel to Debtor
Law Offices of P. William Bercik
210 Grant Street, Suite 200
Pittsburgh, PA  15219
412-471-2587
pwilliambercik@cs.com

Stipulated by:

/s/ Owen W. Katz
Owen W. Katz (PA I.D. #36473)
Counsel to Chapter 13 Trustee
Office of the Chapter 13 Trustee
Suite 3250, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
okatz@chapter13trusteewdpa.com

Stipulated by:

/s/ Craig H. Fox
Craig H. Fox (PA I.D. #49509)
Counsel to Lendmark Financial Services, LLC
700 E. Main Street, Suite 200
Norristown, PA  19401
610-275-7990
cfox@foxandfoxlaw.com

cc:  All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Brian Stanfield Chandler  
    Debtor

Case No. 21-22707-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Jul 26, 2022      Form ID: pdf900      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Stanfield Chandler, 419 31st Street, McKeesport, PA 15132-7143 |
| 15444177 | + | Charles A. DeWalt Jr., 1907 Pennsylvania Avenue, West Mifflin, PA 15122-3916 |
| 15441903 | | Credit One Bank, P.O. Box 50500, City of Industry, CA 91716-0500 |
| 15441904 | | Duquesne Light Company, PO Box 371324, Pittsburgh, PA 15250-7324 |
| 15444179 | + | Eric McDonnough, 146 Gourse Drive, Elizabeth, PA 15037-2312 |
| 15444180 | + | Jhon Beckinger, 735 Delaware Avenue, Glassport, PA 15045-1537 |
| 15444183 | + | Kimberly A. Bodnar, 304 Roass Street, Suite 701, Pittsburgh, PA 15219-2122 |
| 15441906 | | Lendmark Financial Services, 198 W. Chestnut Street, Washington, PA 15301-4423 |
| 15441907 | | Lendmark Financial Services, PO Box 735421, Atlanta, GA 30374-5321 |
| 15460903 | + | Lendmark Financial Services, LLC, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., 700 E. Main Street, Suite 200 Norristown, PA 19401-4122 |
| 15441909 | | MOHELA, 633 Sprint Drive, Chsterfield, OH 63005-1243 |
| 15444181 | | Mathew Duik, 36 N. 3rd Street, Alverda, PA 15710 |
| 15441908 | + | McKeesport City Treasurer, 500 5th Avenue 1st Floor, McKeesport, PA 15132-2527 |
| 15441910 | + | Municipal Authority of Westmoreland County, PO Box 800, Greensburg, PA 15601-0800 |
| 15441912 | | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15441911 | | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15441914 | + | Romano, Garubo & Argentieri, ATTN: Emmanuel J. Argentieri, Esquire, 52 Newton Avenue, PO BOX 456, Woodbury, NJ 08096-7456 |
| 15441915 | + | Rushmore Loan Management Services, PO Box 514707, Los Angeles, CA 90051-4707 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Jul 27 2022 00:02:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 27 2022 00:02:00 | Peoples Natural Gas Company LLC, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15441902 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2022 00:07:30 | Credit One Bank, NA, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15441905 | | Email/Text: bncnotifications@pheaa.org | Jul 27 2022 00:02:00 | Fedloan Servicing, U.S. Department of Education, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15445880 | | Email/Text: ktramble@lendmarkfinancial.com | Jul 27 2022 00:02:00 | Lendmark Financial Services, LLC, 2118 Usher St., Covington, GA 30014 |
| 15443534 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2022 00:07:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15444182 | | Email/Text: EBN@Mohela.com | Jul 27 2022 00:02:00 | US Department of Education, c/o Mohela, PO Box 790233, St Louis, MO 63005-1243 |
| 15458877 | | Email/Text: EBN@Mohela.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 26, 2022 | Form ID: pdf900 | Total Noticed: 31 |

|  |  |  |  |
|---|---|---|---|
|  |  | Jul 27 2022 00:02:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 15441913 | Email/Text: csc.bankruptcy@amwater.com | Jul 27 2022 00:02:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 15447053 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 27 2022 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15444737 | + Email/Text: ebnpeoples@grblaw.com | Jul 27 2022 00:02:00 | Peoples Natural Gas Company LLC, c/o GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15441916 | Email/Text: bkenotice@rushmorelm.com | Jul 27 2022 00:02:00 | Rushmore Loan Management Services LLC, Customer Care Department, PO Box 55004, Irvine, CA 92619-5004 |
| 15460538 | Email/Text: bkenotice@rushmorelm.com | Jul 27 2022 00:02:00 | U.S. Bank National Association, Trustee, for the RMAC Trust, Series 2016-CTT, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | DLJ Mortgage Capital, Inc. |
| cr |  | U.S. Bank National Association, not in its individ |
| cr | *+ | Lendmark Financial Services, LLC, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., 700 E. Main Street, Suite 200, Norristown, PA 19401-4122 |
| 15444178 | ##+ | Charles Finnigan, Deeased, c/o Kimberly Ann Finnigan, 235 East Garden Road, Pittsburgh, PA 15227-3103 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 28, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital  Inc. bnicholas@kmllawgroup.com |
| Craig H. Fox | on behalf of Creditor Lendmark Financial Services  LLC cfox@foxandfoxlaw.com, bankruptcy@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jul 26, 2022 | Form ID: pdf900 | Total Noticed: 31 |

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Paul William Bercik
    on behalf of Debtor Brian Stanfield Chandler pwilliambercik@cs.com  pwilliambercik@yahoo.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8