B2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

IN RE:  Case No: 21-22707
Loan Number (Last 4): 2946

Debtors: Brian Stanfield Chandler

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| DLJ Mortgage Capital, Inc. | U.S. Bank National Association, Trustee |
| Serviced by Select Portfolio Servicing, Inc. | for the RMAC Trust, Series 2016- |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

PO Box 65250
Salt Lake City, UT 84165

Court Claim # (if known): 6
Amount of Claim: $113,251.25
Date Claim Filed: 03/07/2022
Last Four Digits of Acct #: 2739

Phone: 1-800-258-8602
Last Four Digits of Acct #: 2946

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone: 1-800-258-8602
Last Four Digits of Acct #: 2946

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John Shelley     Date: 08/17/2022
InfoEx, LLC, as authorized filing agent
(Approved by: Dilan Foutz)

Specific Contact Information:
Dilan Foutz - BK Specialist
Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

496275-eb346943-01ae-4920-9418-1d2f7ed9561f-