# Notice Recipients

District/Off: 0315−2    User: auto    Date Created: 8/19/2022
Case: 21−22707−JAD    Form ID: trc    Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
15460538    U.S. Bank National Association, Trustee    for the RMAC Trust, Series 2016−CTT    c/o Rushmore Loan
            Management Services    P.O. Box 52708    Irvine, CA 92619−2708

                                                                                                TOTAL: 1