IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian Stanfield Chandler *dba* Prison City Tuning<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>21-22707-JAD |
| Select Portfolio Servicing, Inc. as servicer for DLJ Mortgage Capital, Inc.<br>　　　Movant.<br>v. | CHAPTER 13 |
| Brian Stanfield Chandler *dba* Prison City Tuning<br>　　　Debtor/Respondent, | |
| Ronda J. Winnecour, Trustee<br>　　　Additional Respondent. | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

　　Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), DLJ Mortgage Capital, Inc., requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party.  This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or

conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

                                                Respectfully submitted,

Dated: September 12, 2022                BY:*/s/ Christopher A. DeNardo*
                                              Christopher A. DeNardo 78447
                                              Lorraine Gazzara Doyle 34576
                                              LOGS Legal Group LLP
                                              3600 Horizon Drive, Suite 150
                                              King of Prussia, PA 19406
                                              (610) 278-6800
                                              logsecf@logs.com

LLG File #: 22-067735

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian Stanfield Chandler *dba* Prison City Tuning<br>      Debtor, | BANKRUPTCY CASE NUMBER<br>21-22707-JAD |
| Select Portfolio Servicing, Inc. as servicer for DLJ Mortgage Capital, Inc.<br>      Movant.<br>v.<br><br>Brian Stanfield Chandler *dba* Prison City Tuning<br>      Debtor/Respondent,<br><br>Ronda J. Winnecour, Trustee<br>      Additional Respondent. | CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 13th day of September, 2022:

Brian Stanfield Chandler *dba* Prison City Tuning
419 31st Street
McKeesport, PA 15132

Paul William Bercik, Esquire
210 Grant Street, Suite 200
Suite 2330
Pittsburgh, PA 15219
pwilliambercik@es.com - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com - VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com