IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Brian S. Chandler | : | Bankruptcy No. 21-22707-JAD |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Brian S. Chandler, | : | Related to Document No. 47 |
| Movant | : | |
| | : | |
| v. | : | Hearing Date and Time: |
| | : | |
| | : | |
| Candelore'e Barking Beauties, Respondent | : | |

**CERTIFICATE OF SERVICE OF RESPONSE TO MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 5, 2022.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: SERVICE by NEF on Jeffrey Hunt, Esquire at ECFpeoples@grblaw.com

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: December 5, 2022

                                            By:    /s/ P. William Bercik
                                                      Signature
                                                      P. William Bercik
                                                      Typed Name
                                                      210 Grant Street, Suite 200, Pittsburgh, PA 15219
                                                      Address
                                                      (412) 471-2587
                                                      Phone No.
                                                      PA ID No. 59174
                                                      List Bar I.D. and State of Admission