# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | Case No. 21-22707-JAD |
| Brian Stanfield Chandler ) | Chapter 13 |
| d/b/a/ Prison City Tuning, ) | |
|     Debtor ) | |
| _____ ) | |
| ) | |
| Brian Stanfield Chandler ) | |
| d/b/a Prison City Tuning, ) | Related Trustee Certificate of Default at |
|     Movant ) | at Doc No.83, and Order |
|   - vs. - ) | requiring response at Doc No. 84 |
| ) | |
| Ronda J. Winnecour, Trustee, ) | |
|     Respondent. ) | |
| _____ ) | |

## **Declaration**

Debtor Brian Stanfield Chandler d/b/a Prison City Tuning deposes and states as follows:

1. That his current address is 419 31st Street, McKeesport, PA 15132.

2. That he is in default of the Chapter 13 payment plan due to insufficient income and loss of employment.

3. That he has since obtained new employment at Monro Muffler in McKeesport, PA.

This statement is made subject to 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

                                                          /s/ Brian S. Chandler_____
                                                         Brian S. Chandler

Dated: March 6, 2023