**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BRIAN STANFIELD CHANDLER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:21-22707 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/27/2021 and confirmed on 04/25/2022. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,982.50 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,977.50 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,642.86 | |
|    Trustee Fee | 369.36 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,012.22 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   DLJ MORTGAGE CAPITAL | 0.00 | 5,304.24 | 0.00 | 5,304.24 |
|     Acct: 2946 | | | | |
|   DLJ MORTGAGE CAPITAL | 51,639.48 | 0.00 | 0.00 | 0.00 |
|     Acct: 2946 | | | | |
|   PA DEPARTMENT OF REVENUE* | 4,206.22 | 0.00 | 0.00 | 0.00 |
|     Acct: 3288 | | | | |
|   LENDMARK FINANCIAL SERVICES LLC | 12,960.15 | 1,926.21 | 734.83 | 2,661.04 |
|     Acct: 1691 | | | | |
| | | | | 7,965.28 |
| **Priority** | | | | |
|   P WILLIAM BERCIK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN STANFIELD CHANDLER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN STANFIELD CHANDLER | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF P WILLIAM BERCIK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

21-22707 JAD     **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**     Page 2 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| P WILLIAM BERCIK ESQ | 2,967.00 | 1,642.86 | 0.00 | 0.00 |
| Acct: | | | | |
| CITY OF MCKEESPORT (EIT) | 714.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4987 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0207 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2161 | | | | |
| CHARLES DEWALT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHARLES FINNIGAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 785.47 | 0.00 | 0.00 | 0.00 |
| Acct: 5286 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0444 | | | | |
| ERIC MCDONNOUGH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOHN BECKINGER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MATHEW DURIK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITY OF MCKEESPORT (MUN SVC FEE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8369 | | | | |
| MUNICIPAL AUTHORITY OF WESTMOREL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8750 | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN W | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4232 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 5,175.67 | 0.00 | 0.00 | 0.00 |
| Acct: 2801 | | | | |
| US DEPARTMENT OF EDUCATION/MOHEL | 52,094.21 | 0.00 | 0.00 | 0.00 |
| Acct: 4987 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EMMANUEL ARGENTIERI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CRAIG H FOX ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                                7,965.28

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 714.00 |
| SECURED | 68,805.85 |
| UNSECURED | 58.055.35 |

Date: 10/03/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com